Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone:   (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No.: C-06-7786-BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL [F.R.C.P. 41(a)(1)]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff Center for Biological Diversity voluntarily dismisses its Complaint against Defendants Carlos M. Gutierrez, Secretary of Commerce, and the National Marine Fisheries Service.  Plaintiff's Complaint alleged that Defendants had failed to timely promulgate a proposed regulation regarding the North Pacific right whale in violation of the Endangered Species Act, 16 U.S.C. §§ 1531-1544.  On December 27, 2006, Defendants published in

1  the Federal Register the overdue proposed regulation sought by Plaintiff in its Complaint.  <u>See</u> 71 Fed.
2  Reg. 77694 (Endangered And Threatened Species; Proposed Endangered Status for North Pacific Right
3  Whale).  Pursuant to Fed. R. Civ. Pro. 41(a)(1) said dismissal is without prejudice.

6  DATE: January 1, 2007                           Respectfully Submitted,

7                                                       /s/Brendan Cummings
                                                     Brendan Cummings (CA Bar No. 193952)
8                                                    CENTER FOR BIOLOGICAL DIVERSITY
                                                     P.O. Box 549
9                                                    Joshua Tree, CA 92252
                                                     Phone:   (760) 366-2232
10                                                   Facsimile: (760) 366-2669
                                                     Email: bcummings@biologicaldiversity.org
11
                                                     Miyoko Sakashita (CA Bar No. 239639)
12                                                   CENTER FOR BIOLOGICAL DIVERSITY
                                                     San Francisco Bay Area Office
13                                                   1095 Market Street, Suite 511
                                                     San Francisco, CA 94103
14                                                   Phone:   (415) 436-9682
                                                     Facsimile: (415) 436-9683
15                                                   Email: miyoko@biologicaldiversity.org

                                                     Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 1, 2007, I served a true and correct copy of the NOTICE OF VOLUNTARY DISMISSAL filed in this case via electronic mail to

> Jimmy A. Rodriguez, Trial Attorney
> U.S. Department of Justice
> P.O. Box 7369
> Washington, D.C. 20044-7369
> Tel:  (202) 305-0342
> Fax:  (202) 305-0275
> E-mail: Jimmy.Rodriguez@usdoj.gov

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: January 1, 2007                     Respectfully Submitted,

                                                         /s/Brendan Cummings
                                          Brendan Cummings (CA Bar No. 193952)
                                          CENTER FOR BIOLOGICAL DIVERSITY
                                          P.O. Box 549
                                          Joshua Tree, CA 92252
                                          Phone:   (760) 366-2232
                                          Facsimile: (760) 366-2669
                                          Email: bcummings@biologicaldiversity.org

                                          Attorney for Plaintiff